John A. Orzel (JO-2420)
**DEORCHIS WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CP SHIPS USA LTD., LLC.,

                      Plaintiff,

   - against -

MARE BRITANNICUM
SCHIFFAHRTSGESELLSCHAFT MBH & CO.,
KG. ; SCHLUESSEL REEDEREI KG (GmbH &
Co); and HANSA MARE GmbH KG.,

                      Defendants.
-----------------------------------------------------------X

**07 Civ. 3904 (RPP)**

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO F.R.CIV.PRO. 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Plaintiff CP SHIPS USA LTD., LLC, certifies that CP SHIPS USA LTD., LLC is owned by TUI AG, a public corporation listed on the German Stock Exchange.

Dated: New York, New York
       May 17, 2007

                                         **DEORCHIS WIENER & PARTNERS, LLP**
                                         *Attorneys for Plaintiff*

                                 By:      /S/    **John A. Orzel**
                                    John A. Orzel (JO-2420)
                                    61 Broadway, 26th Floor
                                    New York, New York 10006-2802
                                    (212) 344-4700