DeOrchis Wiener & Partners, LLP.
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CP SHIPS USA LTD., LLC.,

                               Plaintiff,

- against -

MARE BRITANNICUM
SCHIFFAHRTSGESELLSCHAFT MBH & CO.,
KG. ; SCHLUESSEL REEDEREI KG (GmbH &
Co); and HANSA MARE GmbH KG.,

                              Defendants.
----------------------------------------------------------X

07 Civ.

**07 CIV 3904**

JUDGE PATTERSON

ORDER APPOINTING SPECIAL
PROCESS SERVER TO SERVE *EX
PARTE* ORDER FOR PROCESS OF
MARITIME ATTACHMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/07

      An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

      NOW, good cause having been shown, it is hereby

      **ORDERED**, that John A. Orzel, or any other partner, associate, agent or paralegal of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold tangible or intangible property belonging to, claimed by or being held for the defendants, MARE BRITANNICUM SCHIFFAHRTSGESELLSCHAFT MBH & CO.; SCHLUESSEL

REEDEREI KG (GmbH & Co); and HANSA MARE GmbH KG. and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated: New York, New York
     May 18, 2007

                    _____
                              U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,   CLERK

BY _____
        DEPUTY CLERK

2