*PATTERSON*

**DEORCHIS WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 18 07

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CP SHIPS USA LTD., LLC.,

                                        Plaintiff,

        - against -

MARE BRITANNICUM
SCHIFFAHRTSGESELLSCHAFT MBH & CO.;
SCHLUESSEL REEDEREI KG (GmbH & Co);
and HANSA MARE GmbH KG.,

                                        Defendants.
----------------------------------------------------------X

**JUDGE PATTERSON**

**07 CIV   3904**
07 CIV.

**_EX-PARTE_ ORDER FOR PROCESS
OF MARITIME ATTACHMENT**

 

        **WHEREAS**, on May 18, 2007 CP SHIPS USA LTD. LLC., filed a Verified

Complaint herein for damages amounting to $800,000.00 not inclusive of interest, costs and

reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and

Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty

and Maritime Claims of the Federal Rules and Civil Procedure; and

        **WHEREAS**, the Process of Maritime Attachment and Garnishment would command

that the United State Marshal or other designated process server attach any and all of the

Defendants' property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby:

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the defendants, MARE BRITANNICUM SCHIFFAHRTSGESELLSCHAFT MBH & CO.; SCHLUESSEL REEDEREI KG (GmbH & Co); and HANSA MARE GmbH KG., by any garnishees within this District, including but not limited to: HSBC (USA), Bank of America, Wachovia, Citibank, American Express Bank, J.P. Morgan Chase, Bank of New York, The Clearing House Interbank Payments System LLC, The New York Clearing House Association LLC, and/or Standard Chartered Bank in an amount up to and including $800,000.00, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further,

**ORDERED**, that any person claiming interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further,

**ORDERED**, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further,

**ORDERED**, that following initial service by the United Stated Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of

2

facsimile or other electronic transmission to any garnishee that advises Plaintiff that it consents to such service; and it is further,

ORDERED, that service on any garnishee as described above is deemed effective continuous service throughout the day from time of such service through the opening of the garnishee's business the next business day; and it is further,

ORDERED, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further,

ORDERED, that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: May _18_, 2007

SO ORDERED:

_____
U.S.D.J