# De Orchis Wiener & Partners,
## LLP

*Florida Office*

8251 West Broward Blvd,
Fort Lauderdale, FL 33324
(954) 652.0100

*Connecticut Office*

26 Hoyt Street
Stamford, CT 06905
(203) 348-5846

*Attorneys and Proctors in Admiralty*

61 Broadway, 26ᵗʰ Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Telefax:   (212) 422-5299
www.marinelex.com

*New Jersey Office*

1405 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office*

Routes 28 & 137, P.O. 186
South Chatham, MA 02659
(508) 432-4715

October 22, 2007

John A. Orzel, Partner
jorzel@marinelex.com

*Via Telefax:* 212-805-7919

Honorable Robert P. Patterson, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVE
OCT 2 2 2007
CHAMBERS OF
JUDGE ROBERT E PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/07_

    **Re:**   C. P. Ships USA Ltd., LLC. *v.*
          Mare Britannicum, *et. al.*
          07 Civ. 3904 (RPP)
          Our File:   2297-3

Honorable Sir:

We are attorneys representing plaintiff C. P. Ships USA, Ltd., LLC. (hereinafter "CP Ships") in the above matter and refer to the telephone conference conducted this morning. As the Court will recall, this is a maritime attachment matter pursuant to Supplemental Admiralty Rule B. Plaintiff CP Ships has succeeded in attaching US$2,929.08. During the conference we advised the Court that the defendants, who have not appeared, have provided a letter of undertaking from the marine P&I Club, which insures the vessel. There is an outstanding issue with regard to the signature on the letter, which needs to be resolved. Once that is accomplished, the matter will be discontinued.

We had suggested that it would be appropriate to ask the Court to enter a 14 day Order of Discontinuance, subject to reopening if the parties could not resolve the open issue between counsel in London. Upon reflection, however, we do not believe that this is advisable. Personal jurisdiction over the defendants is dependant upon the attachment of electronic fund transfers belonging to the defendants, pursuant to Supplemental Admiralty Rule B. If the Court was to enter an Order of Discontinuance, the attached funds would have to be released and the Court would lose jurisdiction.

Hon. Robert P. Patterson
United States District Judge
**Re:**    **CP Ships v. Mare Britannicum**
          **07 Civ. 3904 (RPP)**
October 22, 2007
Page 2 of 2

In light of the foregoing, we ask that the Court set November 5, 2007 as a control date by which CP Ships is to either provide a Notice and Order of Discontinuance to the Court or to advise the Court that the signature issue has not been resolved.

We thank the Court for its consideration of this request and for its patience with this matter. In the event that the Court has any questions, please do not hesitate to contact the undersigned.

Respectfully,
DE ORCHIS WIENER & PARTNERS, LLP

By _____
   John A. Orzel

*Application granted*
*So ordered*
*Robert P. Patterson*
   *USDJ.*
*10/22/07*