# De Orchis Wiener & Partners,
## LLP

| Florida Office: | Attorneys and Proctors in Admiralty | New Jersey Office. |
|---|---|---|
| 8751 West Broward Blvd. | 61 Broadway, 26th Floor | 1495 Morris Avenue |
| Fort Lauderdale, FL 33324 | New York, New York 10006-2802 | Union, NJ 07083 |
| (954) 652.0100 | | (973) 467-4740 |

| Connecticut Office: | | Massachusetts Office. |
|---|---|---|
| 24 Hoyt Street | Telephone: (212) 344-4700 | Routes 28 & 137, P.O 186 |
| Stamford, CT 06905 | Telefax: (212) 422-5299 | South Chatham, MA 02659 |
| (203) 348-5846 | www.marinelex.com | (508) 432-4715 |

**MEMO ENDORSED**

November 5, 2007

John A. Orzel, Partner
jorzel@marinelex.com



Via Telefax: 212-805-7919

Honorable Robert P. Patterson, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  C. P. Ships USA Ltd., LLC. v.
           Mare Britannicum, et. al.
           07 Civ. 3904 (RPP)
           Our File: 2297-3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07
```

Honorable Sir:

    We are attorneys representing plaintiff C. P. Ships USA, Ltd., LLC. (hereinafter "CP Ships") in the above matter and refer to the Court's Endorsed Order on our letter of October 22, 2007 (Copy attached hereto) by which we were to advise the Court by today as to whether the dispute over the wording of the Letter of Undertaking issued by the vessel's P&I Club has been resolved. While we believe that the matter will be satisfactorily resolved, it has not as of yet been concluded. For that reason we request that the Court grant us an additional 10 days to resolve the matter.

    As we have previously advised the Court, the P&I Club with the entry for the m/v APL PANAMA (now m/v APL KAOSHIUNG) have agreed to post a Letter of Undertaking in the amount of US$800,000.00 to cover claims by the plaintiff stemming from the grounding of the APL PANAMA off the coast of Mexico. The Club has issued the Letter of Undertaking, however it is subject to English law. Plaintiff's English counsel has advised that under English law, there is an issue as to whether the P&I Club would be liable under the current letter, as a result of the wording of the signature block. We have pointed this issue out to the Club and have requested that the Club issue a substitute letter. The Club is considering our request.

*Application granted.*
*Plaintiff will have until*
*11/16/07 to advise the*
*court as to the resolution of the*
*dispute. So ordered.*
*11/5/07* [signature] *Robert P. Patterson USDJ*

Hon. Robert P. Patterson
United States District Judge
Re:  CP Ships v. Mare Britannicum
     07 Civ. 3904 (RPP)
November 5, 2007
Page 2 of 2

    As this is a Rule B matter, where the Court's jurisdiction is dependent upon the existence of a *res* within the geographic jurisdiction of the Court, we do not believe that we can release the attachment or dismiss the action until a satisfactory Letter of Undertaking is in place.

    In light of the foregoing, we ask that the Court set November 14, 2007 as a further control date by which CP Ships is to either provide a Notice and Order of Discontinuance to the Court or to advise the Court that the signature issue has not been resolved.

    We thank the Court for its continued patience with this matter. In the event that the Court has any questions, please do not hesitate to contact the undersigned.

Respectfully,
DE ORCHIS WIENER & PARTNERS, LLP.

By _____
John A. Orzel