**DeORCHIS, WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CP SHIPS USA LTD., LLC.,

                          Plaintiff,         **07 Civ. 3904 (RPP)**

    - against -

                                     **NOTICE AND ORDER**
MARE BRITANNICUM                         **OF DISMISSAL**
SCHIFFAHRTSGESELLSCHAFT MBH & CO.;   **AND THE**
SCHLUESSEL REEDEREI KG (GmbH & Co); and  **RELEASE OF FUNDS**
HANSA MARE GmbH KG.,

                          Defendants.
-----------------------------------------------------------X

      **WHEREAS**, on May 18, 2007 CP SHIPS USA LTD. LLC., filed a Verified Complaint herein for damages amounting to $800,000.00 not inclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

      **WHEREAS**, said Process of Maritime Attachment and Garnishment was issued and served upon garnishees located within the jurisdiction of the Court; and

      **WHEREAS**, the Court having been advised by counsel for the plaintiff that adequate and acceptable substitute security in the amount of US$800,000.00 (Eight-Hundred Thousand and No/100) has been provided on behalf of defendants, it is hereby:

**ORDERED**, that any garnishee presently holding any property or assets belonging to the defendants in response to the Process of Maritime Attachment and Garnishment issued by this Court in the captioned action immediately release said assets to the defendants, to be directed by the law form of Freehill, Hogan & Mahar, LLP., counsel for the defendants; and

**ORDERED**, that this action be and is hereby discontinued without prejudice.

Dated: New York, New York
November 15, 2007

> DE ORCHIS WIENER & PARTNERS, LLP.
> *Attorneys for Plaintiff*
>
> _____
> Vincent M. DeOrchis
> 61 Broadway, Suite 2600
> New York, New York 10006
> (212) 344-4700

November 15, 2007
**SO ORDERED:**

_____
Robert P. Patterson, Jr.
**United States District Judge**